# EXHIBIT 2

**From:** Northfield Bank <customerservice@enorthfield.com>
**Sent:** Friday, August 19, 2022 3:44 PM
**To:** CHESEDFORALL@GMAIL.COM
**Subject:** Northfield Bank Outbound Wire Transfer

Your wire transfer on 08/19/22, in the amount of $2,200,000.00, was successfully sent to CW REALTY MANAGEMENT LLC at SIGNATURE BANK.

Contact Northfield Bank at (732) 499-7200 if you have any questions regarding this transaction. Refer to wire sequence number 83798 in your inquiry.

Debited from account number ending with 110
Wire Fee: $25.00

OMAD: 20220819B6B7261F00495908191543FT03
IMAD: 20220819GMQFMP01025902

---------------------------------------------------------

This communication is intended only for the person or entity to which it is addressed and may contain confidential, proprietary, and/or privileged material. Unless you are the intended addressee, any review, reliance, dissemination, distribution, copying or use whatsoever of this communication is strictly prohibited. If you received this in error, please reply immediately and delete the material from all computers.



**Northfield Bank**

581 Main Street
Suite 810
Woodbridge, NJ 07095

**RETURN SERVICE REQUESTED**

MESHULEM FEISH BEN MORDECHAI INC
MFBM
HAIM KAHAN
5308 13TH AVE STE 483
BROOKLYN NY 11219-5198

*Statement Ending 08/31/2022*

*MESHULEM FEISH BEN*                     Page 1 of 24
**Customer Number:** ▉▉▉▉▉▉

### Managing Your Accounts




| | | |
|---|---|---|
| 🏛 | Branch Name | Bensonhurst Office |
| 👤 | Branch Number | 718-236-2700 |
| ✉ | Mailing Address | 6410 18th Ave Brooklyn, NY 11204 |
| 💻 | Website | eNorthfield.com |



## SHOP



## EARN POINTS



## GET REWARDS

EARN POINTS WHEN YOU MAKE
PURCHASES WITH YOUR
**NORTHFIELD BANK VISA® DEBIT CARD**



LEARN MORE AND ENROLL AT ENORTHFIELD.COM/UCHOOSE

**Thank you for banking with Northfield Bank!**



### Summary of Accounts

@northfieldbank

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Simply Free Business Checking | ▉▉▉▉ | ▉▉▉▉ |



Member FDIC
EQUAL HOUSING LENDER

Statement Ending 08/31/2022                                     Page 2 of 24

## RECONCILEMENT OF YOUR CHECKING / SAVINGS ACCOUNT
The reconcilement of this statement with your records is essential. Any error must be reported as soon as possible.

### CHECKS AND WITHDRAWALS OUTSTANDING

| Date or Check Number | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Checks Outstanding** | | |

### TO VERIFY YOUR CHECKBOOK BALANCE
### FOLLOW THESE SIMPLE STEPS:

❶ COMPARE transactions shown on this statement with entries in your checkbook. Mark those paid or credited on this statement in your checkbook (√).

❷ COMPARE the check numbers listed on this statement with the entries in your checkbook and mark those paid (√).

❸ LIST AND TOTAL all checks and other withdrawals that remain outstanding including those from previous statements in the space to the left.

❹ ENTER into your checkbook and adjust the balance by adding interest credited, preauthorized deposits or other credit (+) transactions shown on the front of this statement which are not in your checkbook.

❺ ENTER into your checkbook and adjust the balance by subtracting service fees, preauthorized payments or other debit (–) transactions shown on the front of this statement which are not in your checkbook.

❻ ENTER "Ending Balance" from the front of this statement.                    $ _____

❼ ADD deposits made after "Period Ending Date" of this statement.        (+) _____
(+)                                                                        _____
                                                              (+)          _____
                                                              TOTAL  $     _____

❽ SUBTRACT checks and withdrawals outstanding.                  (–)   $ _____

Your checkbook should show this balance.                              $ _____

## ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, if you think your statement or receipt is wrong, or if you need more information about a transfer on the statement or receipt, you need to call or write to us as soon as you can at Northfield Bank, Attn. Customer Service, 581 Main Street, Suite 810, Woodbridge, NJ 07095, (833) 301-NFBK.

For consumer accounts, we must hear from you no later than 60 days after we mailed the FIRST statement on which the error or problem appeared. For business or nonprofit accounts, we must hear from you no later than 30 days after we mailed the FIRST statement on which the problem appears. In all cases:

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts, if you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. We will tell you the results of our investigation and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. If we decide there was no error, we will send you a written explanation within 3 business days after we finish our investigation. You may ask for copies of the documents we use in our investigation.

Electronic Check Conversion: You may authorize a merchant or other payee to make a one-time electronic payment from your checking account using information from your check to: (i) pay for purchases, (ii) pay bills.

## HOW TO CONFIRM PRE-AUTHORIZED DEBITS OR CREDITS

Confirmation of pre-authorized debits or credits can be obtained by calling Telephone Banking at (833) 301-NFBK. For Social Security Payments, call on or after the 3rd business day of the month to confirm if your payment has been received.

## FOR PERSONAL/CONSUMER CREDIT RESERVE/OVERDRAFT PROTECTION ACCOUNTS/LINE OF CREDIT ACCOUNTS
## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL

If you think your bill is wrong, or if you need more information about a transaction on your bill, write to us on a separate sheet at Northfield Bank, 581 Main Street, Suite 810, Woodbridge, NJ 07095 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error.

You do not have to pay any amounts in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

## HOW YOUR FINANCE CHARGE IS DETERMINED

The Bank figures the FINANCE CHARGE on your account by applying the daily periodic rate to the daily balance of your account (including current transactions). To get the daily balance, the Bank takes the beginning balance of your account each day, adds any new loans and subtracts any payments or credits, unpaid FINANCE CHARGES, unpaid late fees, and unpaid insurance premiums. Then, each day during the billing cycle, the Bank multiplies the daily balance by the daily periodic rate. The result is the daily FINANCE CHARGE. The daily FINANCE CHARGES for each day of that billing cycle are added together to get the FINANCE CHARGE amount for the billing cycle. For each statement, the FINANCE CHARGE is figured only to the statement date. It continues to accrue daily until payment of the total balance outstanding is posted to your Account. A FINANCE CHARGE that accrues after the statement cycle will appear on the next statement. The daily periodic rate(s) is (are) determined by dividing the Annual Percentage Rate(s) applicable during the billing cycle by the number of days in the year.

Questions about your accounts: call (833) 301-NFBK.

Northfield Bank, 581 Main Street, Suite 810, Woodbridge, NJ 07095                    REV. 08/2019

**Northfield Bank**

*Statement Ending 08/31/2022*

**MESHULEM FEISH BEN**        *Page 3 of 24*
**Customer Number:** ▮▮▮▮▮▮▮

EARN POINTS WHEN YOU MAKE PURCHASES
WITH YOUR **NORTHFIELD BANK VISA® DEBIT CARD**

**LEARN MORE AND ENROLL AT ENORTHFIELD.COM/UCHOOSE**


uChoose Rewards

## Simply Free Business Checking-▮▮▮▮▮▮▮

### Account Summary

| Date | Description | Amount |
|------|-------------|--------|
| 07/30/2022 | Beginning Balance | ▮▮▮▮ |

### Deposits

| Date | Description | Amount |
|------|-------------|--------|

### Electronic Credits

| Date | Description | Amount |
|------|-------------|--------|

### Electronic Debits

| Date | Description | Amount |
|------|-------------|--------|



## Simply Free Business Checking— ██████████ (continued)

### Electronic Debits (continued)

| Date | Description | Amount |
|------|-------------|--------|
| ██████ | ██████ | ██████ |
| 08/19/2022 | Outgoing Wire | $2,200,000.00 |



### Other Debits

| Date | Description | Amount |
|------|-------------|--------|

**Northfield Bank**

## Simply Free Business Checking- ███████████████ (continued)

### Other Debits (continued)

| Date | Description | Amount |
|------|-------------|--------|
| ████ | █████████████ | ████ |
| ████ | █████████ | ████ |
| ████ | ██████████ | ████ |

### Checks Cleared

| Check Nbr | Date | Amount | | | | | | |
|-----------|------|--------|---|---|---|---|---|---|
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ |

* Indicates skipped check number

### Daily Balances

| Date | Amount | | | | |
|------|--------|---|---|---|---|
| ████ | ████ | ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ | ████ | ████ |